Probation Form No. 35            Report and Order Terminating Supervised Release
(1/92)                                                     Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                              Docket No. 0208 1:23CR00159 (VSB)

Jose Rodriguez

On December 16, 2022, the above-named was placed on Supervised Release for a period of three (3) years. Mr. Rodriguez has complied with the rules and regulations of Supervised Release and we believe that a reduction in supervision is warranted. It is accordingly recommended that his Supervised Release be reduced by one (1) year.

Respectfully submitted,

by *Lauren Blackford*

Lauren M. Blackford
U.S. Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Jose Rodriguez be granted a one (1) year reduction in his Supervised Release term with a new maximum expiration date of December 13, 2024.

Date this   15th   day of   April  , 20 24 .

*Vernon Broderick*

Honorable Vernon S. Broderick
U.S. District Judge